# EXHIBIT 2

**STATE OF MICHIGAN**
**COURT OF CLAIMS**

DONALD J. TRUMP FOR          )
PRESIDENT, INC., *et al.*,      )
                             )
      Plaintiffs,          )
                             )
v.                           )          No. 20-000225-MZ
                             )
SECRETARY OF STATE JOCELYN    )
BENSON,                      )
                             )
      Defendant.          )

**AFFIDAVIT OF JESSICA CONNARN**

I, Jessica Connarn, being first duly sworn, depose and state the following:

1.     I was working as the attorney acting as poll challenger with the Michigan Republican Party in a designated area of zone 12-15 when I was approached by a Republican Party poll challenger, who stated that a hired poll worker of the TCF Center, in Wayne County, Michigan, was nearly in tears because she was being told by other hired poll workers at her table to change the date the ballot was received when entering ballots into the computer.

2.     When I approached the poll worker, she stated to me that she was being told to change the date on ballots to reflect that the ballots were received on an earlier date. I went to inform a supervisor of this, and I was asked to get the poll worker's name. When I went back to the poll worker's table, I was yelled at by the other poll workers working at her table, who told me that I needed to go away and that I was not allowed to talk to the poll worker with whom I spoke earlier. The poll worker slipped me a note that read "entered receive date as 11/2/20 on 11/4/20." I have attached a photograph I took of this note as Exhibit 1.

3.     Based upon what I was told by this poll worker, I believe that poll workers working at the adjudication table were changing the dates ballots were received.

EXHIBIT 2

4. I was told to obtain a photo of the poll worker and upon returning to see if the poll worker was still at her location, I noticed the poll worker was moved up on to the adjudication stage where we were not able to communicate with her.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of November, 2020.

Jessica Connarn
JESSICA CONNARN

Subscribed and sworn to before me this 4th day of November, 2020.

Notary Public

Wayne County, Michigan
11/4/2020

My Commission Expires: July 2021

PAUL GARON

EXHIBIT 2



EXHIBIT 2