IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., MATTHEW SEELY, ALEXANDRA SEELY, PHILIP O'HALLORAN, ERIC OSTERGREN, MARIAN SHERIDAN, MERCEDES WIRSING, and CAMERON TARSA,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State, MICHIGAN BOARD OF STATE CANVASSERS, WAYNE COUNTY, MICHIGAN, and WAYNE COUNTY BOARD OF COUNTY CANVASSERS,<br><br>    *Defendants*.<br>_____ | No. 1:20-CV-01567<br><br>Hon. Elaine D. Kaplan |

**MOTION TO WITHDRAW COMPLAINT**

    Plaintiffs represented by Thor Hearne and True North Law, LLC filed a complaint in the United States District Court for the Western District of Michigan.  Donald J. Trump for President, Inc., et al. v. Jocelyn Benson, et al. is filed in the United States District Court for the Western District of Michigan (Case No. 20-01083).  As the result of an electronic error in the PACER electronic filing system this matter was also filed in this Court.  We understand that this filing error in the electronic filing system is not uncommon.

    We ask the Court to accept Plaintiffs' motion and withdraw this case from the Court of Federal Claims docket.

- 2 -

        Respectfully submitted,

        TRUE NORTH LAW, LLC

        *<u>/s/ Mark F. (Thor) Hearne, II</u>*
        Mark F. (Thor) Hearne, II
        Stephen S. Davis
        TRUE NORTH LAW, LLC
        112 S. Hanley Road, Suite 200
        St. Louis, MO 63105
        (314) 296-4000
        thor@truenorthlawgroup.com

        *Counsel for Plaintiffs*