# In the United States Court of Federal Claims

No. 20-1567 C
(Filed: November 13, 2020)

**DONALD J. TRUMP FOR PRESIDENT,
INC., et al**

    **Plaintiffs**

  v                      **JUDGMENT**

**THE UNITED STATES**

    **Defendant**

    Pursuant to the parties' motion to withdraw their complaint, filed November 12, 2020 and the court's Order, also filed November 12, 2020 directing the Clerk to treat plaintiffs' motion to withdraw as a notice of voluntary dismissal,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that plaintiffs' complaint is dismissed without prejudice.

                                  Lisa L. Reyes
                                  Clerk of Court

                              By: s/Anthony Curry

                                  Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.